**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JACKIE LACKIE** **PLAINTIFF**

**v.** **NO. 4:22-CV-711 JM**

**ERIC M. NOE, COLONEL, in his official capacity as District Engineer, Little Rock District, U.S. ARMY CORPS OF ENGINEERS; and the U.S. DEPARTMENT OF THE ARMY** **DEFENDANTS**

**ORDER**

On July 13, 2026, the Eighth Circuit Court of Appeals reversed this Court's decision affirming the U.S. Army Corps of Engineers decision to revoke Plaintiff's permit for a boat dock on Greers Ferry Lake. The mandate was filed on September 8, 2026. In accordance with the Eighth Circuit's directions, the decision of the Corps to revoke Plaintiff's permit is hereby set aside as an unlawful action pursuant the Administrative Procedures Act, 5 U.S.C.A. § 706.

IT IS SO ORDERED this 14th day of September, 2026.

HON. JAMES M. MOODY JR.