**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JACKIE LACKIE** **PLAINTIFF**

**v.** **NO. 4:22-CV-711 JM**

**ERIC M. NOE, COLONEL, in his official capacity as District Engineer, Little Rock District, U.S. ARMY CORPS OF ENGINEERS; and the U.S. DEPARTMENT OF THE ARMY** **DEFENDANTS**

**JUDGMENT**

For the reasons stated in the order entered this same day, judgment is entered in favor of Plaintiff.

IT IS SO ORDERED this 14th day of September, 2026.

HON. JAMES M. MOODY JR.