**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JACKIE LACKIE** **PLAINTIFF**

**vs.** **No. 4:22-cv-711 JM**

**ERIC M. NOE, COLONEL, in his official capacity as District Engineer, Little Rock, U.S. Army Corp of Engineers; UNITED STATES ARMY CORPS OF ENGINEERS; UNITED STATES DEPARTMENT OF THE ARMY** **DEFENDANT**

**ORDER FOR COSTS**

Pending is Plaintiff's Bill of Costs (Doc. No. 56) following the reversal and remand of this Court's order by the Eighth Circuit Court of Appeals. Pursuant to Rule 54 of the Federal Rules of Civil Procedure and 28 U.S.C. § 2412, Plaintiff is awarded judgment for costs in the amount of $410.00.

IT IS SO ORDERED this 23rd day of September, 2026.

James M. Moody Jr.
United States District Judge